IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN WYLES**                                                                                          **PETITIONER**

v.                                    Case No. 4:19-cv-00710 KGB-PSH

**LUCAS EMBERTON,** *et al.*                                                              **RESPONDENT**

## ORDER

The Court has received Proposed Findings and Recommendation from United States Magistrate Judge Patricia S. Harris (Dkt. No. 7). No objections have been filed, and the time for filing objections has passed. After a careful review, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*).

Accordingly, this Court dismisses without prejudice petitioner Kevin Wyles' petition for writ of *habeas corpus* (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 2253(c)(2), that a certificate of appealability is denied because the Court is not persuaded that Mr. Wyles can make a substantial showing of the denial of a constitutional right.

It is so ordered this 19th day of January, 2021.

_____
Kristine G. Baker
United States District Judge