IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN WYLES**                                                                                          **PETITIONER**

v.                                        Case No. 4:19-cv-00710 KGB-PSH

**LUCAS EMBERTON,** *et al.*                                                          **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner Kevin Wyles' writ of *habeas corpus* is dismissed without prejudice. The relief requested is denied. The Court certifies, pursuant to 28 U.S.C. § 2253(c)(2), that a certificate of appealability is denied because the Court is not persuaded that Mr. Wyles can make a substantial showing of the denial of a constitutional right.

It is so adjudged this 19th day of January, 2021.

_____
Kristine G. Baker
United States District Judge